■ THE PEOPLE OF THE STATE OF NEW YORK v. VITO RIZZI, Also Known as WILLIAM RIZZI.— Motion for an enlargement of time granted insofar as to extend appellant's time to serve and file the record on appeal and appellant's

points to and including December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.